IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| ROBERT L. DAVIS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:21-cv-00256-DGK |
| | ) | |
| DEBT CO COLLECTIONS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER DENYING MOTION

This case was dismissed, without prejudice, on September 15, 2021, for failure to state a claim. On November 30, 2024, the Eighth Circuit Court of Appeals affirmed.

Now before the Court is *pro se* Plaintiff Robert Davis, Jr.'s "Petition to Take Judicial Notice and Request for Sealing and Expungement of Court Records." ECF No. 22. In it, Plaintiff requests the Court "take judicial notice of certain facts and circumstances pertinent [sic] the following **closed cases** pertaining copyright name **ROBERT LEWIS DAVIS JR or any of its Marks**." *Id.* at 1 (emphasis in original). This sentence is followed by a list of seven cases from this district, all closed, only one of which was ever assigned to this Court. *Id*. The motion then lists a variety of documents associated with legal proceedings and legal filings: a Missouri procedural rule, a purported UCC filing, documents filed in the Jackson County, Missouri, Recorder of Deeds office, etc. *Id*. at 2. The motion also contains a typewritten signature for "Robert L. Davis Jr. TTEE" over a signature block that reads:

> Musiqaa Rayiys Bey PLT
> %Distance Express Trust
> Robert L Davis Jr, Trustee

*Id*. at 4. Finally, the document features two different official-looking seals/emblems for "Distance Express Trust."

The motion is DENIED for several reasons: (1) it is unclear what Plaintiff means by "seal and expunge," as best the Court can tell, Plaintiff requests the Court destroy the records in these seven cases; (2) Plaintiff does not explain why the Court should take this action; (3) the Court lacks jurisdiction to enter orders in cases assigned to other judges; and (4) even in the case assigned to this Court, it is not clear the Court possesses the power to do what Plaintiff apparently wishes it to do, namely, remove documents from the record.

**IT IS SO ORDERED.**

Date:   May 30, 2024           /s/ Greg Kays
                               GREG KAYS, JUDGE
                               UNITED STATES DISTRICT COURT